Dear Judge Keller,

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 23 2015
Abel Acosta, Clerk

72,221-01

3-18-15

Their has been an injustice done to me that I'm trying to fix.

To the point - I've been convicted of murder and given 75 years. I've done 12 so far.

To convence a jury I was guilty of murder the prosecutor edited this 911 tape by removing background noise and enhancing my voice. Then my co-defendant testified that the 911 tapes a recording of me killing the victim. There is no eye witness, no DNA, no murder weapon or physical evedence. My co-defendant got 10 years probation. He is the one who really comitted the murder.

I've asked the trial court for a copy of the 911 tape and they denied my request. Because of audio found on the 911 tape an audio forensic expert can prove that my co defendint testified falsely... Sadly I am indigent and cant afford one.

Is there any way anyone can appoint me legal help and an audio expert to cast off this injustice? Is their provisions in the law that allows this?

Thanks,

Jeromy Jolley

Info on back →

Jeremy Jolley 1266615
3899 S.H. 98 - Telford
New Boston, TX. 75570

Cause # 0901651 a
Tarrant Co, Texas

Judge Wayne Salvent CDC # 2